AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-02480 |
| New York Presbyterian Hospital | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                   .

Date:      03/26/2026

/s/ Rahul A. Darwar
*Attorney's signature*

Rahul A. Darwar (CT Juris No. 444732)
*Printed name and bar number*
U.S. Department of Justice
Antitrust Division
450 5th St., NW, 4th Floor
Washington, DC 40530

*Address*

rahul.darwar@usdoj.gov
*E-mail address*

(202) 476-0442
*Telephone number*

(202) 307-5802
*FAX number*