**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:26-CV-2480 |
| Plaintiff, | |
| v. | Hon. Paul A. Engelmayer, USDJ |
| | Hon. Ona T. Wang, USMJ |
| THE NEW YORK AND PRESBYTERIAN HOSPITAL, | |
| Defendant. | |

## NOTICE OF STATEMENT OF INTEREST FILING

The United States respectfully provides Notice to the Court of a recent filing in the Eastern District of New York.

On July 6, 2026, the United States filed, pursuant to 28 U.S.C. § 517, a Statement of Interest in *Cement & Concrete Workers DC Benefit Fund v. The New York and Presbyterian Hospital,* Case No. 1:25-cv-05571 (E.D.N.Y.). The Statement of Interest addresses issues that New York Presbyterian raised in its motion to dismiss that action and the related action of *UFCW Local 1500 Welfare Fund v. The New York and Presbyterian Hospital,* Case No. 25-cv-5023 (E.D.N.Y.).

The *Cement & Concrete Workers* and *UFCW* actions are the non-governmental Sherman Act suits against New York Presbyterian that the parties referenced during the June 25 case management conference.

A file-stamped copy of the Statement of Interest is attached hereto as Exhibit A.

DATED: July 6, 2026                    Respectfully submitted,

PAUL J. TORZILLI
KARL D. KNUTSEN
RAHUL A. DARWAR
STELLA J. MARTIN
*Attorneys*
U.S. Department of Justice
Antitrust Division
450 5th Street, NW
Washington, DC 20530
(202) 514-8349
paul.torzilli@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused the foregoing Notice of Statement Of Interest Filing to be filed on the Court's CM/ECF system, which automatically provides notice to all parties to the action.

Dated: July 6, 2026

Respectfully submitted,

*U.S. Department of Justice*
*Antitrust Division*
450 Fifth Street, NW
Washington, DC 20530
(202) 514-8349
paul.torzilli@usdoj.gov