# EXHIBIT 5

**From:** Ru, KaDee L.
**Sent:** Thursday, July 9, 2026 6:48 PM
**To:** 'Habash, Rani' <rani.habash@dechert.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; Kohli, Vinay <VKohli@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Beckwith, Michael <MBeckwith@proskauer.com>
**Subject:** RE: Aetna's Responses & Objections to NY Presby Subpoena

Rani,

We will update the calendar invite for Monday at 3pm ET.

Best regards,

**KaDee Ru**
Associate

Proskauer
1001 Pennsylvania Ave N.W.
Suite 600 South
Washington, DC 20004-2533
d +1.202.416.6809
kru@proskauer.com

**From:** Habash, Rani <rani.habash@dechert.com>
**Sent:** Thursday, July 9, 2026 5:13 PM
**To:** Ru, KaDee L. <KRu@proskauer.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; Kohli, Vinay <VKohli@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Beckwith, Michael <MBeckwith@proskauer.com>
**Subject:** RE: Aetna's Responses & Objections to NY Presby Subpoena

*This email sent by rani.habash@dechert.com originated from outside the Firm.*

Hi KaDee,

We can move to Monday at 3pm ET. We also hope it will also provide you some more time to consider what you need from Aetna within reason to defend your case. The subpoena contains 75 requests seeking practically every document and database in our client's company without any meaningful limitations, which is not realistic. Your letter also does not contain a single proposal to narrow the requests. This will need to be a two-way street if we're going to make any progress.

Thanks,
Rani


**Rani Habash**
Partner

**Dechert LLP**
+1 202 261 3481 Direct
+1 304 610 8780 Mobile
rani.habash@dechert.com
dechert.com

---

**From:** Ru, KaDee L. <KRu@proskauer.com>
**Sent:** Thursday, July 9, 2026 11:02 AM
**To:** Habash, Rani <rani.habash@dechert.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; Kohli, Vinay <VKohli@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Beckwith, Michael <MBeckwith@proskauer.com>
**Subject:** RE: Aetna's Responses & Objections to NY Presby Subpoena

Rani,

We wanted to confirm whether or not you agree to move our meet and confer currently scheduled for tomorrow at 10am ET to Monday, July 13th?  We can be available on Monday the 13th between 11:30am to 1pm ET or after 3pm ET.  Also, could you please let us know if you intend to respond to our deficiency letter?

Best regards,

**KaDee Ru**
Associate

Proskauer
1001 Pennsylvania Ave N.W.
Suite 600 South

Washington, DC 20004-2533
d +1.202.416.6809
kru@proskauer.com

---

**From:** Ru, KaDee L.
**Sent:** Tuesday, July 7, 2026 9:33 PM
**To:** 'Habash, Rani' <rani.habash@dechert.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; Kohli, Vinay <VKohli@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Beckwith, Michael <MBeckwith@proskauer.com>
**Subject:** RE: Aetna's Responses & Objections to NY Presby Subpoena

Rani,

Please see the attached correspondence.  We understand that it may take time for you to review our letter and internally discuss your positions.  In light of that, we are agreeable to moving our meet and confer currently scheduled for this Friday, July 10, to the following Monday, July 13.  Please let us know if that makes sense to you.  We can be available on Monday the 13th between 10am to 1pm ET or after 3pm ET.

Best regards,

**KaDee Ru**
Associate

Proskauer
1001 Pennsylvania Ave N.W.
Suite 600 South
Washington, DC 20004-2533
d +1.202.416.6809
kru@proskauer.com

---

**From:** Habash, Rani <rani.habash@dechert.com>
**Sent:** Thursday, July 2, 2026 4:39 PM
**To:** Ru, KaDee L. <KRu@proskauer.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; Kohli, Vinay <VKohli@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Beckwith, Michael <MBeckwith@proskauer.com>
**Subject:** RE: Aetna's Responses & Objections to NY Presby Subpoena

*This email sent by rani.habash@dechert.com originated from outside the Firm.*

No problem, 10-11am should work for us. Assuming you're still planning to get us a letter, when can we expect it so we can plan accordingly?

Thanks,
Rani

**Rani Habash**
Partner

**Dechert LLP**
+1 202 261 3481 Direct
+1 304 610 8780 Mobile
rani.habash@dechert.com
dechert.com

---

**From:** Ru, KaDee L. <KRu@proskauer.com>
**Sent:** Thursday, July 2, 2026 3:00 PM
**To:** Habash, Rani <rani.habash@dechert.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; Kohli, Vinay <VKohli@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Beckwith, Michael <MBeckwith@proskauer.com>
**Subject:** RE: Aetna's Responses & Objections to NY Presby Subpoena

Rani,

Apologies, but we will need to move our meet and confer currently scheduled for the 7th at 3pm ET.  We can be available Friday the 10th from 10-11am ET or anytime after 1pm ET.  Do any of those timeframes work for you?

Best regards,

**KaDee Ru**
Associate

Proskauer
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
d 202.416.6809
f  202.416.6899
kru@proskauer.com

---

**From:** Ru, KaDee L.
**Sent:** Monday, June 29, 2026 9:52 PM
**To:** 'Habash, Rani' <rani.habash@dechert.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; Kohli, Vinay <VKohli@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Beckwith, Michael <MBeckwith@proskauer.com>
**Subject:** RE: Aetna's Responses & Objections to NY Presby Subpoena

Rani,

3:00pm ET works for us on July 7.  We will send you a calendar invite.

Best regards,

**KaDee Ru**
Associate

Proskauer
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
d 202.416.6809
f  202.416.6899
kru@proskauer.com

**From:** Habash, Rani <rani.habash@dechert.com>
**Sent:** Sunday, June 28, 2026 9:11 PM
**To:** Ru, KaDee L. <KRu@proskauer.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; Kohli, Vinay <VKohli@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Beckwith, Michael <MBeckwith@proskauer.com>
**Subject:** RE: Aetna's Responses & Objections to NY Presby Subpoena

*This email sent by rani.habash@dechert.com originated from outside the Firm.*

Hi KaDee,

I'll be out on July 6th but how about the 7th? We could do 11am-12:30pm, 1:30-2:00pm, or 2:30-4:00pm ET. Thanks.

**Rani Habash**
Partner

**Dechert LLP**
+1 202 261 3481 Direct
+1 304 610 8780 Mobile
rani.habash@dechert.com
dechert.com

**From:** Ru, KaDee L. <KRu@proskauer.com>
**Sent:** Wednesday, June 24, 2026 6:40 PM
**To:** Habash, Rani <rani.habash@dechert.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; Kohli, Vinay <VKohli@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Beckwith, Michael <MBeckwith@proskauer.com>
**Subject:** RE: Aetna's Responses & Objections to NY Presby Subpoena

Rani,

We've reviewed your responses and objections to NYP's subpoena.  Per the cover letter attached to

the subpoena, we will send you a letter next week addressing your responses and objections, and we can have a meet and confer thereafter.  Given the upcoming 4th of July holiday, we propose having the meet and confer on July 6.

Best regards,

**KaDee Ru**
Associate

Proskauer
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
d 202.416.6809
f  202.416.6899
kru@proskauer.com

---

**From:** Kohli, Vinay <VKohli@proskauer.com>
**Sent:** Monday, June 22, 2026 11:55 PM
**To:** Habash, Rani <rani.habash@dechert.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>; NYP Contract Defense Team <NYPContractDefenseTeam@proskauer.com>
**Subject:** Re: Aetna's Responses & Objections to NY Presby Subpoena

Rani:

Thank you for sending these along.  Our team is reviewing and we will reach out by Wednesday to schedule a meet and confer.

Regards,

Vinay

**Vinay Kohli**
Partner

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.5695
m 713.269.6851
VKohli@proskauer.com

---

**From:** Habash, Rani <rani.habash@dechert.com>

**Sent:** Monday, 22 June 2026 20:49:05
**To:** Kohli, Vinay <VKohli@proskauer.com>
**Cc:** Weitzman, Yosi <Yosi.Weitzman@dechert.com>
**Subject:** Aetna's Responses & Objections to NY Presby Subpoena

**This email sent by *rani.habash@dechert.com* originated from outside the Firm.**

Hi Vinay,

On behalf of Aetna Inc. and Aetna Health Inc., attached are responses and objections to NY Presby's subpoena served on June 8, 2026.

After you've had a chance to review, we're happy to discuss later this week.

Thanks,
Rani


**Rani Habash**
Partner

**Dechert LLP**
+1 202 261 3481 Direct
+1 304 610 8780 Mobile
rani.habash@dechert.com
dechert.com


This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you


*********************************************************************************
*************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or

saving them, and notify the sender immediately.

*************************************************************************

*************************************************************

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you