# EXHIBIT G

Case 1:26-cv-02480-PAE   Document 43-7   Filed 07/27/26   Page 2 of 11

# Hospital Participating<span style="color:red">⌄</span> Plans

---

(◀) Paying for Care

# Hospital Participating Plans

## Accepted Plans at NewYork-Presbyterian Hospital

Find accepted health plans listed below. While every effort is made to keep this list current, changes to insurance products do occur frequently. Always check with your insurance company to make sure that your care will be covered. If you don't see your insurance company on this list, please contact your insurance representative.

- **1199 National Benefit Fund**
  - 1199 National Benefit Fund, Self-Insured
- **Aetna**
  - Aetna,HMO/POS
  - Aetna,Indemnity
  - Aetna,International Passport
  - Aetna,Medicare
  - Aetna,PPO
  - Aetna,Weill Cornell Employees
  - Aetna,Whole Health
- **Affinity by Molina Healthcare**
  - Affinity by Molina Healthcare, CHP

# Hospital Participating Plans

- ○ Affinity by Molina Healthcare, Essential Plan 1 and 2
- ○ Affinity by Molina Healthcare, Essential Plan 3 and 4
- ○ Affinity by Molina Healthcare, Medicaid and HARP
- **Allied Benefit Systems**
  - ○ Allied Benefit Systems (Aetna Signature Administrators), Commercial
- **AmeriBen**
  - ○ AmeriBen (Aetna Signature Administrators), Commercial
- **American Postal Workers Union (Cigna)**
  - ○ American Postal Workers Union (United), Commercial
- **Amerigroup aka Wellpoint**
  - ○ Wellpoint, New Jersey
- **Amida Care**
  - ○ Amida Care,Medicaid and HARP
- **Anthem**
  - ○ Anthem,HMO
  - ○ Anthem,Indemnity
  - ○ Anthem,PPO
- **Assurant Health**
  - ○ Assurant Health (Aetna Signature Administrators), Commercial
- **Beech Street**
  - ○ Beech Street (Medichoice),PPO
- **Blue Cross Blue Shield**
  - ○ Blue Cross Blue Shield, Blue Card Plans

    *Blue Cross Blue Shield, Blue Card Plans - please confirm if you are covered by the BlueCard program by calling the BlueCard Eligibility line: 800-676-2583*

- **Boon-Chapman**
  - ○ Boon-Chapman (Aetna Signature Administrators), Commercial
- **Chesterfield Resources**

## Hospital Participating Plans

- - Chesterfield Resources (Aetna Signature Administrators), Commercial
- Christian Brothers
  - Christian Brothers (Aetna Signature Administrators), Commercial
- Cigna
  - Cigna, HMO
  - Cigna, Open Access Plus
  - Cigna, Medicare also known as Healthspring
  - Cigna, PBR
  - Cigna, PPO
- CMN Global
  - CMN Global,Commercial
- Consumer Health Network
  - Consumer Health Network, PPO
- Continental Benefits
  - Continental Benefits (Aetna Signature Administrators), Commercial
- Coventry Health Care/First Health Network
  - Coventry Health Care/First Health Network, PPO
- Devon Health Services
  - Devon Health Services, Inc., PPO
- EmblemHealth-GHI
  - EmblemHealth-GHI, CBP
  - EmblemHealth-GHI, EPO, PPO
  - EmblemHealth-GHI, Medicare
  - EmblemHealth-GHI, Network Access
  - EmblemHealth-GHI (HMO), Brooklyn Healthworks HMO
  - EmblemHealth-GHI (HMO), HMO
- EmblemHealth-HIP
  - EmblemHealth-HIP, CHP
  - EmblemHealth-HIP, Essential Plan 1 and 2
  - EmblemHealth-HIP, Essential Plan 3 and 4
  - EmblemHealth-HIP, Exchange

# Hospital Participating Plans

- EmblemHealth-HIP, HMO/EPO, POS, PPO
- EmblemHealth-HIP, Medicaid and HARP
- EmblemHealth-HIP, Medicare
- EmblemHealth-HIP, Medicare Essential
- EmblemHealth-HIP, Montefiore CMO (Commercial)
- EmblemHealth-HIP, Montefiore CMO (Medicaid)

- **Empire BCBS also known as Anthem Blue Cross and Blue Shield and Anthem Blue Cross** **
  - Empire BCBS, Blue Access
  - Empire BCBS, Blue Connection
  - Empire BCBS, EPO/PPO/Indemnity POS/NYS and NYC Plans
  - Empire BCBS, HMO/POS
  - Empire BCBS, Hotel Trades
  - Empire BCBS, Indemnity
  - Empire BCBS, Medicare

- **Empire BCBS Healthplus also known as Anthem Blue Cross and Blue Shield HP**
  - Empire BCBS Healthplus, CHP
  - Empire BCBS Healthplus, Medicaid and HARP
  - Empire BCBS Healthplus, Medicare
  - Empire BCBS Healthplus, Essential 1 & 2
  - Empire BCBS Healthplus, Essential 3 & 4
  - Empire BCBS Healthplus, Exchange

- **Equian**
  - Equian (Formerly Health Systems International),PPO

- **Fidelis**
  - Fidelis, CHP
  - Fidelis, Dual Advantage
  - Fidelis, Essential Plan 1 and 2
  - Fidelis, Essential Plan 3 and 4
  - Fidelis, Exchange
  - Fidelis, Medicaid and HARP
  - Fidelis, Medicare

# Hospital Participating Plans

- **First Health Network**
  - First Health Network (formerly Community Care Network), PPO
- **GEHA (Aetna Signature Administrators)**
  - GEHA (Aetna Signature Administrators), Commercial
- **Great West Healthcare**
  - Great West Healthcare, PPO
- **Health Alliance Plan**
  - Health Alliance Plan (CIGNA Strategic Alliance), HMO/PPO
- **Health Partners**
  - Health Partners (CIGNA Strategic Alliance), HMO/PPO
- **Healthcare Partners**
  - Healthcare Partners (HIP), Commercial
  - Healthcare Partners (HIP), Medicaid
  - Healthcare Partners (HIP), Medicare
- **Healthfirst NY**
  - Healthfirst NY, CHP
  - Healthfirst NY, Essential Plan 1 and 2
  - Healthfirst NY, Essential Plan 3 and 4
  - Healthfirst NY, Exchange
  - Healthfirst NY, Medicaid and HARP
  - Healthfirst NY, Medicare
- **Healthscope Benefits**
  - HealthScope Benefits (Aetna Signature Administrators), Commercial
- **Horizon NJ**
  - NJ State Health Benefits Program (SHBP)
  - School Employees' Health Benefits Program (SEHBP)

    *Horizon Blue Card - please confirm if you are covered by the BlueCard program by calling the BlueCard Eligibility line: 800-676-2583*

- **Magnacare**

## Hospital Participating Plans

- Magnacare, Commercial
- Mail Handlers (Aetna)
  - Mail Handlers (Aetna), Commercial
- Medicaid
  - Medicaid FFS, Medicaid
- Medicare
  - Medicare Part A, Medicare
  - Medicare Part B, Medicare
- Meritain Health (Aetna)
  - Meritain Health (Aetna), Commercial
- Multiplan
  - Multiplan,Commercial
- MVP
  - MVP (CIGNA Strategic Alliance), OAP/PPO
  - MVP Health Care, CHP
  - MVP Health Care, Essential Plan 1 and 2
  - MVP Health Care, Essential Plan 3 and 4
  - MVP Health Care, Medicaid and HARP
- Nippon
  - Nippon (Aetna Signature Administrators), Commercial
- Oxford
  - Oxford,Freedom/Garden State
  - Oxford, Medicare
  - Oxford, Metro, Liberty
- Pacificare
  - Pacificare,PPO
- Principal
  - Principal (Aetna Signature Administrators), Commercial
- Private Healthcare Systems
  - Private Healthcare Systems (PHCS), PPO
- Quality Health Management
  - Quality Health Management (QHM), PPO
- Senior Whole Health
  - Medicaid Advantage Plus (MAP), D-SNP

## Hospital Participating Plans

- **The Empire Plan**
  - The Empire Plan, PPO
- **Trustmark**
  - Trustmark (Aetna Signature Administrators), Commercial
  - Trustmark (Cigna), Commercial
  - Trustmark/Rockefeller University (Aetna Signature Administrators), Commercial
- **Tufts Health Plan**
  - Tufts Health Plan (CIGNA Strategic Alliance), HMO/PPO
- **UMR**
  - UMR - Aetna,Aetna
  - UMR - United Healthcare, Legacy (Ohio claims address)
  - UMR - United Healthcare, Legacy Fiserv (Salt Lake City, UT claims address)
  - UMR - United Healthcare, Legacy Midwest (Wisconsin claims address)
- **Unicare**
  - Unicare, PPO
- **United Behavioral Health**
  - United Behavioral Health, Commercial; Medicaid; Medicare
- **United Healthcare** *
  - United Healthcare, Bind Network
  - United Healthcare, HMO
  - United Healthcare, Indemnity
  - United Healthcare, Medicare
  - United Healthcare, PPO
  - United Healthcare, Student Resources
- **United Healthcare Community Plan**
  - United Healthcare Community Plan, CHP
  - United Healthcare Community Plan, Essential Plan 1 and 2
  - United Healthcare Community Plan, Essential Plan 3 and 4
  - United Healthcare Community Plan, Medicaid (NJ)
  - United Healthcare Community Plan, Medicaid (NY) and HARP

## Hospital Participating Plans

- ○ United Healthcare Community Plan, Medicare
- **United Resource Networks** (United clients only)
  - ○ United Resource Networks (Optum Health), Commercial (Cancer/CHD/Nontransplant)
  - ○ United Resource Networks (Optum Health), Commercial (Transplant)
  - ○ United Resource Networks (Optum Health), Medicaid
  - ○ United Resource Networks (Optum Health), Medicare
- **VNSNY Choice**
  - ○ VNSNY Choice, Medicaid/Medicare Advantage Plus
  - ○ VNSNY Choice, Select Health Medicaid and HARP
- **Vytra Healthcare**
  - ○ Vytra Healthcare, HMO
  - ○ Vytra Healthcare, PPO
- **WebTPA**
  - ○ WebTPA (Aetna Signature Administrators), Commercial
- **Wellcare**
  - ○ WellCare, Medicaid and CHP (NJ)
  - ○ Wellcare,Medicare, American Progressive Life & Health, MLTC, and MLTSS
- **World Trade Center Health Program**
  - ○ World Trade Center Health Program, World Trade Organization
  - ○ World Trade Center Health Program, FDNY
  - ○ World Trade Center Health Program, Williams Street
- **Worldwide**
  - ○ Worldwide, Commercial

*Important Notice for United Exchange Members:

United Healthcare has decided to exclude NewYork-Presbyterian from its NYS State Exchange plan (also known as Marketplace or Individual Family plan).

# Hospital Participating Plans ⌄

**Important Notice for 32BJ Health Fund Members:

The administrators of the 32BJ Health Fund have decided that, as of January 1, 2022, NewYork-Presbyterian will no longer be covered as in-network participating providers for 32BJ Members. Members can be identified with Group Identification Numbers 720902, 720903, 720904, 720905 (South Fund) and 720906 (North Fund) and the letters ETRBJ in their policy ID. This means that, beginning January 1, 2022, elective services provided by NewYork-Presbyterian will be covered by 32BJ as out-of-network so members may be responsible for higher out-of-pocket costs. Emergency care received at NewYork-Presbyterian will continue to be covered the same as in-network care. If there are questions about this decision, please contact 32BJ Health Fund representatives.

## About NYP

About Us

Community

Contact Us

## The Latest

Health Matters

Newsroom

Events & Classes

## Ways to Help

Give to NYP

Volunteer

Donate Blood

## Professionals & Students

For Professionals

Graduate Medical Education

Nursing

## Job Seekers

Careers

Nursing Jobs

For vendors

Case 1:26-cv-02480-PAE　　Document 43-7　　Filed 07/27/26　　Page 11 of 11



**Hospital**
**Participating** ⌄
**Plans**

**Facebook** ↗　　**LinkedIn** ↗　　**Youtube** ↗

Disclaimer

Privacy Notice

Price Transparency

Website Privacy Policy

Employees

© 2026 NewYork-Presbyterian Hospital



WITH WORLD-CLASS DOCTORS FROM

