# CLEARY GOTTLIEB STEEN & HAMILTON LLP

<table>
<tr><td>

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
**ASIA**
HONG KONG
SEOUL

</td><td align="center">

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2950
jkim@cgsh.com

</td><td align="right">

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

</td></tr>
</table>

**VIA CM/ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. The New York and Presbyterian Hospital*, No. 26 Civ. 02480 (S.D.N.Y.)

Dear Judge Engelmayer:

We write on behalf of The New York and Presbyterian Hospital ("NYP") for whom our firm has filed a notice of appearance today. We write to request a one-week extension of its deadline to oppose the Department of Justice's Letter Motion to Compel, dated July 27, 2026 (Dkt. 43) (the "Motion").

Since the Motion was filed, counsel for the parties have conferred on the Motion. Defendant believes that an extension will provide the parties time to narrow or potentially resolve the dispute without further judicial intervention.

If granted, NYP's deadline for its opposition to the Motion would be extended from July 30, 2026 to August 6, 2026. This is NYP's first request for the relief sought herein. The Department of Justice does not oppose the request. The extension will not affect any other scheduled dates.

Respectfully submitted,

*/s/ Joon H. Kim*
Joon H. Kim

GRANTED.
SO ORDERED.

Cc: All counsel of record (via ECF)

PAUL A. ENGELMAYER
United States District Judge

Dated: July 30, 2026
New York, New York

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.