# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2950
jkim@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

August 6, 2026

**VIA CM/ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *United States v. The New York and Presbyterian Hospital*, No. 26 Civ. 02480 (S.D.N.Y.)

Dear Judge Engelmayer:

We write on behalf of Defendant The New York and Presbyterian Hospital ("NYP") to jointly request with Aetna that consideration of NYP's letter motion to enforce compliance with its subpoena to Aetna (Dkt. 34) (the "Motion") be held in abeyance.

NYP and Aetna have engaged in productive discussions regarding the scope of the subpoena this week. NYP makes this request to permit the parties to continue their discussions. Aetna joins in the requested relief based on NYP's representation that it plans to withdraw its current subpoenas and re-issue narrower subpoenas to further facilitate these discussions.

Respectfully submitted,

/s/ *Joon H. Kim*
Joon H. Kim

SO ORDERED.

Cc:  All counsel of record via ECF

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 7, 2026
New York, New York

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.