CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999
clearygottlieb.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

D: +1 212 225 2950
jkim@cgsh.com

September 8, 2026

**VIA CM/ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. The New York and Presbyterian Hospital*, No. 26 Civ. 02480 (S.D.N.Y.)

Dear Judge Engelmayer:

We provide this joint status update on behalf of The New York and Presbyterian Hospital ("NYP") and the United States with respect to the categories of documents subject to the United States's motion to compel, dated July 27, 2026 (ECF 43).

Since the prior joint status report on August 24, 2026 (ECF 62), the Parties have continued to productively discuss NYP's Board materials. On August 28, 2026, NYP provided the United States with additional information regarding the responsibilities of its various Board committees and NYP is continuing to engage with the United States on the relevance of certain of these committees. On September 1, 2026, NYP made a further production of Board materials from its Audit, Enterprise, Risk, and Corporate Compliance Committee and its Patient Experience Committee.

The Parties respectfully propose to submit a further joint status report in two weeks on Tuesday, September 22, to enable the Parties to continue to make progress toward the production of the documents that are the subject of the motion to compel.

Respectfully submitted,

*/s/ Joon H. Kim*
Joon H. Kim

cc: All counsel of record via ECF