CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
HONG KONG
SEOUL

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

D: +1 212 225 2950
jkim@cgsh.com

September 22, 2026

**VIA CM/ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. The New York and Presbyterian Hospital*, No. 26 Civ. 02480 (S.D.N.Y.)

Dear Judge Engelmayer:

We provide this joint status update on behalf of The New York and Presbyterian Hospital ("NYP") and the United States with respect to the categories of documents subject to the United States's motion to compel (ECF 43).

Since the prior joint status report on September 8, 2026 (ECF 66), the Parties have continued to productively discuss NYP's Board materials and other discovery matters. NYP intends to make a final production by the end of this week that will substantially complete its production of board materials covered by the motion to compel. NYP also expects this week to make a production of the remaining outstanding contract materials.

Respectfully submitted,

*/s/ Joon H. Kim*
Joon H. Kim

cc: All counsel of record via ECF