CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
HONG KONG
SEOUL

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

D: +1 212 225 2950
jkim@cgsh.com

September 29, 2026

**VIA CM/ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. The New York and Presbyterian Hospital*, No. 26 Civ. 02480 (S.D.N.Y.)

Dear Judge Engelmayer:

We write on behalf of Defendant The New York and Presbyterian Hospital ("NYP") to jointly request with Aetna that NYP's letter motion to enforce compliance with its subpoena to Aetna (ECF 34) (the "Motion") be withdrawn.

As contemplated by the Parties' joint motion to hold the Motion in abeyance (ECF 57), NYP has withdrawn the subpoena that was the subject of the Motion and issued a new subpoena. Accordingly, the Motion is now moot.

Respectfully submitted,

*/s/ Joon. H. Kim*
Joon H. Kim

cc: All counsel of record via ECF