**UNITED STATES DISTRICT COURT**
**SORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW YORK AND PRESBYTERIAN HOSPITAL,<br><br>Defendant. | Case No. 1:26-cv-02480-PAE-OTW |

## DECLARATION OF JOON H. KIM

I, Joon H. Kim, declare as follows pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this declaration pursuant to Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York in support of my motion for leave to withdraw as counsel for Defendant the New York and Presbyterian Hospital ("NYP").

2. I appeared in this action as counsel of record for NYP on July 29, 2026.

3. The reason for my withdrawal is that, effective September 30, 2026, I will no longer be affiliated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4. David I Gelfand, D. Bruce Hoffman, and Joseph Kay of Cleary Gottlieb, and attorneys from Proskauer Rose LLP have also appeared for NYP and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

6. Copies of this motion have been provided to NYP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2026 at New York, New York.

/s/*Joon H. Kim*
Joon H. Kim